## United States District Court for the Northern District of Illinois

Case Number: 08cv344      Assigned/Issued By: j. n.

Judge Name: nordberg      Designated Magistrate Judge: keys

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP      [ ] No Fee    [ ] Other _____
[ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350      Receipt #: 2466945

Date Payment Rec'd: 1-15-08      Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

  2  Original and  0  copies on  1-16-08  as to  all defendants
                                   (Date)

_____