IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARENCE DAVIS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>OFFICER BIEL #246, and the Village of FOREST PARK,<br><br>　　　Defendants. | Judge Nordberg<br><br>Magistrate Judge Keys<br><br>No. 08-cv-344 |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on January 17, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF.

　　　　　　　　　　　　　　　　　s/ Blake W. Horwitz
　　　　　　　　　　　　　　　　　Blake W. Horwitz
　　　　　　　　　　　　　　　　　Law Offices of Blake Horwitz, Ltd.
　　　　　　　　　　　　　　　　　155 N. Michigan, Suite 723
　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　Tel: (312) 616-4433
　　　　　　　　　　　　　　　　　Fax: (312) 565-7173
　　　　　　　　　　　　　　　　　lobh@att.net