IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARENCE DAVIS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>OFFICER BIEL #246, and the Village of FOREST PARK,<br><br>　　　Defendants. | Judge Nordberg<br><br>Magistrate Judge Keys<br><br>No. 08-cv-344 |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Erica E. Faaborg　　erica.lobh@gmail.com

Blake Wolfe Horwitz　　lobh@att.net, bwhorwitz@att.net

2

Abbas Badruddin Merchant    abbas.lobh@gmail.com

                                         s/ Blake Horwitz_____
                                         Blake Horwitz
                                         Horwitz, Richardson and Baker, LLC
                                         20 S. Clark St., Suite 500
                                         Chicago, Illinois 60603
                                         Tel:  312-676-2100
                                         Fax:  312-372-7076