# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Clarence Davis<br>v.<br>Officer Biehl #246, and the<br>Village of Forest Park | Case Number: 08 C 344 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Village of Forest Park and Officer Robert Biel (herein sued as "Officer Biehl")

| | |
|---|---|
| NAME (Type or print)<br>Gregory E. Rogus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gregory E. Rogus | |
| FIRM<br>Segal, McCambridge, Singer & Mahoney, Ltd. | |
| STREET ADDRESS<br>233 S. Wacker, Suite 5500 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 3128154 | TELEPHONE NUMBER<br>312-645-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |