IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLARENCE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 C 344 |
| | ) | |
| v. | ) | Judge Nordberg |
| | ) | |
| OFFICER BIEHL #246, and the VILLAGE OF FOREST PARK, | ) ) ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE
## APPEARANCE

TO:   Blake Horwitz, Lead Attorney
Abbas Badruddin Merchant
Erica E. Faaborg
The Law Offices of Blake Horwitz
155 N. Michigan Avenue #723
Chicago, IL 60601

The undersigned, being first duly sworn on oath, deposes and states that a copy of the above-mentioned pleading(s) was/were served on the party(ies) through the Electronic Case Filing system, pursuant to Fed.R.Civ.P.5(a), on this 8th day of April, 2008.

/s/ Gregory E. Rogus

Gregory E. Rogus (ARDC No. 3128154)
Anastasios T. Foukas (ARDC No. 6281404)
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 Fax