## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Clarence Davis

                Plaintiff,

v.                                       Case No.: 1:08−cv−00344

                                            Honorable John A. Nordberg

Officer Biel, et al.

                Defendant.

### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: discovery supervision and settlement conference.(tlp, )Mailed notice.

Dated: May 29, 2008

                                                                  /s/ John A. Nordberg

                                                                 United States District Judge