# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 344 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Davis vs. Biel | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 9/17/08 at 9:00 a.m. Discovery cuts off on 11/30/08. The Plaintiff and the Defendant police officers will be produced for their depositions by 8/25/08 pursuant to the discussion held in open court. *AK*

Docketing to mail notices.

00:03;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|