# EXHIBIT A

# HORWITZ, RICHARDSON & BAKER, LLC 

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

July 28, 2008                               VIA FACSIMILE TRANSMISSION

Gregory Rogus
Anastasios Foukas
Segal, McCambridge, Singer & Mahoney
Sears Tower Suite 5500, 233 S. Wacker Dr.
Fax 312.645.7711

Re: *Davis v. Village of Forest Park, et al.,* 08 C 344

Dear Mr. Rogus,

This letter memorializes the conversation I had today with you today in which you explained that Officer Biehl no longer works for the Forest Park Police Department. You further stated that as part of the separation agreement Forest Park entered a confidentiality agreement with Officer Biehl prohibiting them from disclosing his personnel file absent a court order. As such you stated that you would not produce Officer Biehl's personell file unless ordered to do so by Judge Keys.

If this does not accurately reflect our conversation, or if you wish to discuss this matter further, please do not hesitate to contact me.

Thank you,

Abbas Merchant