**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLARENCE DAVIS, | |
| Plaintiff, | No. 08 C 344 |
| vs. | JUDGE Nordberg |
| OFFICER BIEL #246, and the Village of FOREST PARK, | MAGISTRATE JUDGE Keys |
| Defendants. | |

**NOTICE OF MOTION**

On August 1, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Keys at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached MOTION TO COMPEL.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I caused the following documents:

NOTICE OF MOTION AND MOTION TO COMPEL

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Gregory E. Rogus    grogus@smsm.com

Blake Wolfe Horwitz
bhorwitz@hrbattorneys.com,npeters@hrbattorneys.com,lobh@att.net,npeters@erlaw.net,
mpizarro@hrbattorneys.com,mpizarro@erlaw.net,ovirola@hrbattorneys.com

Abbas Badruddin Merchant    amerchant@hrbattorneys.com,lobh@att.net

Anastasios T. Foukas    afoukas@smsm.com

Erica E. Faaborg    efaaborg@hrbattorneys.com

                    Respectfully Submitted,

                    s/_Abbas Merchant_____
                    Attorney for the Plaintiff

Horwitz, Richardson, & Baker, LLC.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100