## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 344 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Clarence Davis vs. Officer Biel, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's Motion to Compel [30]. Pursuant to this Court's order, Plaintiff's Motion to Compel [30] is granted. Defendants' counsel is hereby ordered to produce to Plaintiff's counsel the personnel file of Officer Biel (**attorney's eyes only**). Status hearing set previously set for 09/17/08 at 9:00 a.m. to stand.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | LXS |
|---|---|---|